71,240 -05

August 4, 2015

Ms. Louise Pearson, Clerk
Court of Criminal Appeals
po. Bx 12308
Austin Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 07 2015

Abel Acosta, Clerk

RE: Trial Court Cause No. 08-4-7851 B
EX Parte Reginald A. Callis

Dear Ms Pearson,

In Reguard to the above mentioned cause No.s I am Respectfully Requesting a complete copy of the clerks record in cause No 08-4-7851 B and any responses, affidavits in connection there of. As always I greatly appreciate your time and consideration in this matter

THANK you
Reginald A. Callis
Reginald A. Callis
# 1504671